JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6830
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 91-00675 DLJ |
|    Plaintiff, ) | |
|    v. ) | NOTICE OF DISMISSAL |
| JOSE LUIS SANCHEZ and ) ADRIAN SERNA SANCHEZ, ) | |
|    Defendant. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Indictment. The United States also moves that the Court quash the arrest warrants for the defendants issued in connection with the Indictment in this case.

DATED: 6-1-09

                                                           Respectfully submitted,

                                                           JOSEPH P. RUSSONIELLO
                                                          United States Attorney

                                                          BRIAN J. STRETCH
                                                          Chief, Criminal Division

NOTICE OF DISMISSAL
CR 91-00675 EXE

1  Leave is granted to the government to dismiss the Indictment. It is further ordered that
2  any and all arrest warrants for the defendants issued in connection with the Indictment are
3  quashed.

5  DATED: 6/3/09

PHYLLIS J. HAMILTON
United States District Judge

NOTICE OF DISMISSAL
CR 91-00675 EXE